# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00449-CV

### T. M. and M. H., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-16-003216,
## THE HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on July 17, 2017. By request to this Court dated July 14, 2017, Leah Hayes requested an extension of ten days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Leah Hayes is hereby ordered to file the reporter's record in this case on or before July 28, 2017. If the record is not filed by that date, Hayes may be required to show cause why she should not be held in contempt of court.

It is ordered on July 18, 2017.

Before Justices Puryear, Field, and Bourland